UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JOHN SHERMAN,

        Petitioner,

                            Case No. 1:12-cv-1378

v.

                            HONORABLE PAUL L. MALONEY

BONITA HOFFNER,

        Respondent,

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by United States

Magistrate Judge Joseph G. Scoville in this action (ECF No. 4).  The Report and

Recommendation was duly served on the parties.  No objections have been filed.

      ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of

the Court.

      **THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DENIED** for the

reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

      **This action is terminated.**

Date:  February 15, 2013              /s/ Paul L. Maloney         
                                 Paul L. Maloney
                                 Chief United States District