UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JOHN SHERMAN,

    Petitioner,

Case No. 1:12-cv-1378

v.

HONORABLE PAUL L. MALONEY

BONITA HOFFNER,

    Respondent,
_____/

## JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.


Date: February 15, 2013          /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District